AMPERSAND HOTEL COMPANY, Appellant, *v.* ORIENT INSURANCE COMPANY, Respondent, Impleaded with Another.

(Submitted February 12, 1912; decided February 20, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 619.)

---

UNITED STATES WOOD PRESERVING COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted February 12, 1912; decided February 20, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 581.)

---

COUNTY OF WESTCHESTER, Respondent, *v.* THE TRUSTEES OF THE LEAKE AND WATTS ORPHAN HOUSE IN THE CITY OF NEW YORK, Appellant.

*County of Westchester* v. *Trustees of Leake & Watts Orphan House*, 144 App. Div. 938, affirmed.
(Argued February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1911, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Ralph E. Prime,* for appellant.

*James M. Hunt* and *Edgar C. Beecroft* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.